Michael A. Mugmon (CA SBN 251958)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001
Email: michael.mugmon@wilmerhale.com

*Counsel for Defendants Eric A. Benhamou, Richard D.
Daniels, Alison Davis, Roger F. Dunbar, Joel P. Friedman,
Jeffrey N.  Maggioncalda, Beverly Kay Matthews, Mary J.
Miller, Kate D. Mitchell, John F. Robinson, Garen K.
Staglin, Benhamou Global Ventures, LLC, Fifth Era LLC,
and Scale Venture Partners*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ROSSI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>   v.<br><br>GREG W. BECKER, DANIEL J. BECK, ROGER F. DUNBAR, KAREN HON, ERIC A. BENHAMOU, JOHN S. CLENDENING, RICHARD D. DANIELS, ALISON DAVIS, JOEL P. FRIEDMAN, JEFFREY N. MAGGIONCALDA, BEVERLY KAY MATTHEWS, MARY J. MILLER, KATE D. MITCHELL, JOHN F. ROBINSON, GAREN K. STAGLIN, KPMG LLP, BENHAMOU GLOBAL VENTURES, LLC, FIFTH ERA, LLC, AND SCALE VENTURE PARTNERS,<br><br>        Defendants. | Case No. 4:23-cv-02335-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS TO REMAND AND FOR PLAINTIFFS' REPLY AND ADJOURNING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; ORDER (AS MODIFIED)** |

Plaintiffs Kim Stevenson, Howard Tarlow, and Stephen Rossi (collectively, "Plaintiffs") and Defendants Greg W. Becker, Daniel J. Beck, Eric A. Benhamou, John S. Clendening, Richard D. Daniels, Alison Davis, Roger F. Dunbar, Joel P. Friedman, Karen Hon, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, John F. Robinson, Garen K. Staglin,  KPMG LLP, Benhamou Global Ventures, LLC, Fifth Era, LLC, and Scale Venture Partners, (collectively, "Defendants" and with Plaintiffs, the "Parties"), by and through their undersigned counsel, submit the following stipulation pursuant to Civil Local Rule 6-2(a) to extend the briefing schedule on Plaintiffs' motions to remand to Santa Clara Superior Court and adjourn the Case Management Conference and associated deadlines in the above-captioned actions (the "Actions").

WHEREAS, on April 10, 2023, Plaintiffs Kim Stevenson and Howard Tarlow filed a putative securities class action against Defendants in the Superior Court of California, County of Santa Clara, captioned *Stevenson and Tarlow v. Becker, et al.*, No. 23-cv-413949 (the "Stevenson Action");

WHEREAS, on April 14, 2023, Plaintiff Stephen Rossi filed a putative securities class action in the Superior Court of California, County of Santa Clara alleging substantially similar claims against the same Defendants, and also naming as Defendants Benhamou Global Ventures, LLC, Fifth Era, LLC, and Scale Venture partners, captioned *Rossi v. Becker, et al.*, No. 23-cv-41420 (the "Rossi Action");

WHEREAS, on May 10, 2023, certain of Defendants removed the Stevenson Action to this Court pursuant to 28 U.S.C. § 1452 (Stevenson Dkt. 1), and the Court issued an Order setting the Initial Case Management Conference for August 8, 2023, and instructing the Parties to file their Rule 26(f) report and Case Management Statement on or before August 1, 2023 (Stevenson Dkt. 17);

WHEREAS, on May 12, 2023, certain of Defendants removed the Rossi Action to this Court pursuant to 28 U.S.C. § 1452 (Rossi Dkt. 1), and the Court issued an Order setting the Initial

1

Case Management Conference for August 10, 2023, and instructing the Parties to file their Rule 26(f) report and Case Management Statement on or before August 3, 2023 (Rossi Dkt. 6);

WHEREAS, on May 17, 2023, all parties in the Actions stipulated that no Defendant has any obligation to answer or otherwise respond to the complaints in the Actions prior to resolution of Plaintiffs' motions to remand and setting of a schedule for Defendants to respond to the complaints (Stevenson Dkt. 8; Rossi Dkt. 8);

WHEREAS, on June 9, 2023, Plaintiffs Stevenson and Tarlow filed a motion to remand the Stevenson Action (Stevenson Dkt. 56);

WHEREAS, on June 12, 2023, Plaintiff Rossi filed a motion to remand the Rossi Action (Rossi Dkt. 39);

WHEREAS, Defendants' opposition to the motion to remand in the Stevenson Action is currently due on June 23, 2023 and Plaintiffs' reply is currently due on June 30, 2023 pursuant to Civil Local Rule 7-3;

WHEREAS, a hearing on the motion to remand in the Stevenson action has been scheduled for September 7, 2023 at 2:00pm;

WHEREAS, Defendants' opposition to the motion to remand in the Rossi Action is currently due on June 26, 2023, and Plaintiff's reply is currently due on July 5, 2023, pursuant to Civil Local Rule 7-3;

WHEREAS, a hearing on the motion to remand in the Rossi action has been scheduled for September 26, 2023 at 2:00pm;

WHEREAS, the Parties believe that the interests of efficiency and judicial economy would be served by modifying the deadlines for opposition and reply papers to align the briefing schedules in the Actions, and the Parties agree that good cause exists for the extension of time;

WHEREAS, the Parties further believe that the interests of efficiency and judicial economy would be served by adjourning the August 8, 2023, Initial Case Management Conference in the Stevenson Action and the August 10, 2023, Initial Case Management Conference in the Rossi

Action, and all associated deadlines, to be rescheduled, if necessary, after resolution of the motions to remand the Actions.

WHEREAS, there have been no other time modifications in this case other than the stipulations extending time to respond to the complaints (Stevenson Dkt. 8; Rossi Dkt. 8);

WHEREAS, the Parties' request herein does not require changes to other deadlines in this case or to the scheduled hearing dates;

ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the Parties, by and through their respective counsel, hereby stipulate and agree, subject to approval by the Court, as follows:

1. The deadline for Defendants to file an opposition to the pending motions to remand in the Actions shall be July 12, 2023.

2. The deadline for Plaintiffs to file a reply in further support of their motions to remand in the Actions shall be August 4, 2023.

3. The August 8, 2023, Initial Case Management Conference and associated deadlines, including the August 1 deadline to file the Rule 26(f) report and Case Management Statement, established by the Court's May 10, 2023 order (Stevenson Dkt. 17) is adjourned, to be rescheduled by the Court, if needed, following resolution of the motion to remand.

4. The August 10, 2023, Initial Case Management Conference and associated deadlines, including the August 3 deadline to file the Rule 26(f) report and Case Management Statement, established by the Court's May 12, 2023 order (Rossi Dkt. 6) is adjourned, to be rescheduled by the Court, if needed, following resolution of the motion to remand.

5. No other dates or deadlines shall be affected.

**IT IS SO STIPULATED**.

DATED: June 19, 2023

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Michael A. Mugmon*
MICHAEL A. MUGMON (SBN 251958)
(michael.mugmon@wilmerhale.com)
One Front Street, Suite 3500
San Francisco, CA 94111
Tel: (628) 235-1000
Fax: (628) 235-1001

MICHAEL G. BONGIORNO (appearance *pro hac vice*)
(michael.bongiorno@wilmerhale.com)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800

-and-

TIMOTHY J. PERLA (appearance *pro hac vice*)
(timothy.perla@wilmerhale.com)
ERIKA M. SCHUTZMAN (appearance *pro hac vice*)
(erika.schutzman@wilmerhale.com)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

*Counsel for Defendants Eric A. Benhamou, Richard D. Daniels, Alison Davis, Roger F. Dunbar, Joel P. Friedman, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, John F. Robinson, Garen K. Staglin, Benhamou Global Ventures, LLC, Fifth Era, LLC, and Scale Venture Partners*

DATED: June 19, 2023

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Chris Johnstone*
CHRIS JOHNSTONE (SBN 242152)
(chris.johnstone@wilmerhale.com)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6147
Fax: (650) 858-6100

-and-

4

PETER G. NEIMAN
(peter.neiman@wilmerhale.com)
JESSICA N. DJILANI
(jessica.djilani@wilmerhale.com)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant Karen Hon*

DATED: June 19, 2023

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

*/s/ Kristopher Kastens*

KRISTOPHER KASTENS (SBN 254797)
(kkastens@kramerlevin.com)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel: (650) 752-1700
Fax: (650) 752-1800

JENNIFER S. WINDOM
(jwindom@kramerlevin.com)
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

-and-

BARRY H. BERKE
(bberke@kramerlevin.com)
DARREN A. LAVERNE
(dlaverne@kramerlevin.com)
DANIEL M. KETANI
(dketani@kramerlevin.com)
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

*Counsel for Defendant Daniel J. Beck*

STIPULATION AND ORDER                                    CASE NO. :23-cv-02335-HSG

DATED: June 19, 2023

**ORRICK HERRINGTON & SUTCLIFFE LLP**

*/s/ James N. Kramer*

JAMES N. KRAMER (SBN 154709)
(jkramer@orrick.com)
ALEXANDER K. TALARIDES (SBN 268068)
(atalarides@orrick.com)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773 5900
Fax: (415) 773-5957

*Counsel for Defendant Greg W. Becker*

DATED: June 19, 2023

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ Richard H. Zelichov*
BRUCE G. VANYO (SBN 60134)
(bruce.vanyo@katten.com)
RICHARD H. ZELICHOV (SBN 193858)
(richard.zelichov@katten.com)  2029
Century Park East, Suite 2600 Los
Angeles, CA  90067
Tel: (310) 788-4400
Fax: (310) 788-4471

*Counsel for Defendant John S. Clendening*

DATED: June 19, 2023

**KING & SPALDING LLP**

*/s/ Lisa Bugni*
LISA BUGNI (SBN 323962)
(lbugni@kslaw.com)
50 California Street, Suite 3300 San
Francisco, CA 94111
Tel: (415) 318-1200
Fax: (415) 318-1300

RICHARD MAROONEY
(rmarooney@kslaw.com)
1185 Avenue of the Americas, 34th Floor New
York, New York 10036-2601
Tel: (212) 556-2100

-and-

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KEVIN J. O'BRIEN
(kobrien@kslaw.com)
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-4600

*Counsel for Defendant KPMG LLP*

DATED: June 19, 2023

**GIRARD SHARP LLP**

*/s/ Daniel C. Girard*
DANIEL C. GIRARD (SBN 114826)
dgirard@girardsharp.com
ADAM E. POLK (SBN 273000)
apolk@giradsharp.com
JORDAN ELIAS (SBN 228731)
NAMITA DHAWAN (SBN 326639)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel.: (415) 981-4800
Fax: (415) 981-4846

*Counsel for Plaintiffs Kim Stevenson and Howard
Tarlow*

DATED: June 19, 2023

**HEDIN HALL LLP**

*/s/ David W. Hall*
DAVID W. HALL (SBN 274921)
dhall@hedinhall.com
Four Embarcadero Center, Suite 1400 San Francisco,
CA 94111
Tel: 415-766-3534
Fax: 415-402-0058

*Counsel for Plaintiff Stephen Rossi*

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION**

I, Michael A. Mugmon, am the ECF User whose ID and password are being used to file this document pursuant to Local Rule 5-1(c)(1).  In compliance with Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: June 19, 2023                    */s/ Michael A. Mugmon*
                                         MICHAEL A. MUGMON (SBN 251958)

**ORDER**

Pursuant to the foregoing stipulation, **IT IS SO ORDERED**, except for paragraphs 3 and 4, as the referenced case management conferences have already been vacated.

DATED: 6/28/2023

_____
The Honorable Judge Haywood S. Gilliam, Jr.
United States District Judge

8