UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN ROSSI, et al.,

Plaintiff,

v.

GREG BECKER, et al.,

Defendant.

Case No. 4:23-cv-02335-HSG

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) ___Daniel Beck___, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

New Local Counsel -- Michael D. Celio (Gibson Dunn & Crutcher LLP)

Name(s) of counsel withdrawing from representation and firm name:

Jennifer S. Windom, Kristopher Benjamin Kastens (Kramer Levin Naftalis & Frankel LLP)

Date: April 8, 2025

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: 4/9/2025

_/s/ Haywood S. Gilliam Jr._
UNITED STATES DISTRICT JUDGE